# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael Claymore**
        Plaintiff
vs.                                    **CASE NUMBER: 8:11-CV-0008 (TWD)**

**Commissioner of Social Security, Michael J. Astrue**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED. Therefore the Complaint filed by Michael Claymore is DISMISSED in its entirety and the action is closed.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 25th day of September, 2012.

DATED: September 26, 2012

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk